Wilfredo PUJOLS, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75104.

Missouri Court of Appeals,
Western District.

June 18, 2013.

Patrick Peters, Kansas City, MO, for Appellant.

Daniel McPherson, Jefferson City, MO, for Respondent.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

### ORDER

PER CURIAM:

Mr. Wilfredo Pujols, Jr., appeals the denial of a Rule 24.035 post-conviction relief motion after an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Roger L. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75268.

Missouri Court of Appeals,
Western District.

June 18, 2013.

Evan J. Buchheiim, Jefferson City, MO, for appellant.

Daniem S. De Loyola, Kansas City, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, JJ.

ORDER

PER CURIAM.

Roger Clark appeals the judgment denying his Rule 29.15 motion after he was convicted of first-degree statutory sodomy. Clark contends the motion court erred in denying post-conviction relief because his defense counsel was ineffective for failing to investigate and present mitigation evidence at his sentencing hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b)